**THE FRANCHISE FIRM LLP**

225 Wilmington West Chester Pike, Suite 200
Chadds Ford, Pennsylvania 19317
Tel: 215.964.1553

Attorneys for Defendants, Mike Andes,
Augusta Franchise LLC, and Augusta Lawn Care Corporation

IN THE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                    :

ABRAHAM BILGORAY,                 :

                                                    :    Civil Action No.: 7:25-cv-00584-JGLC

        Plaintiff,                     :

v.                                                  :    **RULE 7.1 STATEMENT ON BEHALF**

MIKE ANDES, an Individual, AUGUSTA :    **OF AUGUSTA FRANCHISE LLC**
FRANCHISE LLC, AUGUSTA FRANCHISE :
LLC SUITE, AUGUSTA LAWN CARE :
CORPORATION and JOHN AND JANE DOES :
1 through 100,                            :

        Defendants.                 :

---------------------------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Augusta Franchise LLC, a private non-governmental party or intervenor, certifies the following:

**Part I**

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

      None.

**Part II**

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

      Augusta Franchise LLC is a citizen of the State of Washington, as all members of the Washington limited liability company are residents of the State of Washington.

| | |
|---|---|
| Dated: January 23, 2025 | **THE FRANCHISE FIRM, LLP** |
| | /s/ *Evan M. Goldman* |
| | Evan M. Goldman (Bar Code #: 5728019) |
| | 2215 Wilmington West Chester Pike, Suite 200 |
| | Chadds Ford, Pennsylvania 19317 |
| | Tel: 215.964.1553 |
| | evan@thefranchisefirm.com |
| | |
| | *Attorneys for Defendants, Mike Andes, Augusta Franchise LLC, and Augusta Lawn Care Corporation* |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been electronically filed and electronically mailed to all attorneys of record, on this the 23rd day of January, 2025.

/s/ *Evan M. Goldman*
Evan M. Goldman