UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM BILGORAY,<br><br>                  Plaintiff,<br><br>-against-<br><br>MIKE ANDES, an Individual, AUGUSTA FRANCHISE LLC, AUGUST FRANCHISE LLC SUITE, AUGUSTA LAWN CARE CORPORATION and JOHN AND JANE DOES 1 through 100,<br><br>                  Defendants. | 25-CV-584 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

       The Court has reviewed the pre-conference submission at ECF No. 12. The conference on March 12, 2025 will proceed as scheduled. Counsel for Plaintiff is directed to file a notice of appearance in advance of the conference and to respond with respect to the letter at ECF No. 12 by **March 10, 2025**. Counsel for Defendants is directed to serve this Order on counsel for Plaintiff via email by **March 6, 2025.**

Dated: March 5, 2025
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge