UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM BILGORAY,<br><br>       Plaintiff,<br><br>    -against-<br><br>MIIKE ANDES, an Individual, AUGUSTA FRANCHISE LLC, AUGUSTA FRANCHISE LLC SUITE, AUGUSTA LAWN CARE CORPORATION, and JOHN AND JANE DOES 1 through 100,<br><br>       Defendants. | 25-CV-584(JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  As discussed at the conference on March 12, 2025, counsel for parties shall submit a joint letter by **March 19, 2025** with a briefing schedule on the motion to compel arbitration or to transfer venue or to dismiss the Complaint. By that same date, counsel shall also submit a joint case management plan.

Dated: March 12, 2025
    New York, New York

                SO ORDERED.

                *Jessica Clarke*

                JESSICA G. L. CLARKE
                United States District Judge